| | |
|---|---|
| Southern Glazer's Wine and Spirits, LLC, ) ) ) | |
| Movant, ) ) | Civil Action No. |
| v. ) ) | |
| Mexcor, Inc., ) ) | |
| Respondent. ) | |
| Federal Trade Commission, ) ) | |
| Plaintiff, ) ) | *Underlying Action Pending in the* |
| v. ) ) | United States District Court for the Central District of California |
| Southern Glazer's Wine and Spirits, LLC, ) ) | Case No. 8:24-cv-02684-FWS-ADS |
| Defendant. ) | |

## MOVANT SOUTHERN GLAZER'S WINE AND SPIRITS, LLC'S MOTION TO COMPEL

Southern Glazer's Wine and Spirits ("SGWS"), pursuant to Federal Rules of Civil Procedure 37 and 45, respectfully moves the Court for an order compelling Respondent Mexcor, Inc. ("Mexcor") to produce any existing documents requested in SGWS's amended subpoena issued on October 2, 2025. Despite the requests being relevant and tailored to SGWS's defense, Mexcor has refused to respond to any of the fourteen requests set out in the subpoena.

As further grounds for this motion, SGWS refers to its Memorandum of Law in Support of this motion, filed contemporaneously.

1

Dated this 9th day of February, 2026.


/s/ Matthew S. Owen

Matthew S. Owen, P.C.
matt.owen@kirkland.com
Attorney-in-charge
Texas Bar No. 24081078
S.D. Texas Bar No. 3599188
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202-389-5943
Fax: 202-389-5200

Of counsel
**KIRKLAND & ELLIS LLP**

T.J. McCarrick (*pro hac vice forthcoming*)
tj.mccarrick@kirkland.com
K. Ross Powell (*pro hac vice forthcoming*)
ross.powell@kirkland.com
1301 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: 202-389-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February 2026, the following attorney was served by electronic email, who had previously agreed to accept service in this manner.

Andrew C. Wright
Buck Keenan LLP
2229 San Felipe Street, Suite 1000
Houston, TX 77019
wright@buckkeenan.com


Dated this 9th day of February, 2026.


_/s/ Matthew S. Owen_

Matthew S. Owen, P.C.
matt.owen@kirkland.com
Attorney-in-charge
Texas Bar No. 24081078
S.D. Texas Bar No. 3599188
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202-389-5943
Fax: 202-389-5200

Of counsel
**KIRKLAND & ELLIS LLP**

T.J. McCarrick (_pro hac vice forthcoming_)
tj.mccarrick@kirkland.com
K. Ross Powell (_pro hac vice forthcoming_)
ross.powell@kirkland.com
1301 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: 202-389-5000

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies that, prior to filing this motion, the parties engaged in good faith efforts to resolve the discovery dispute at issue through consultation with opposing counsel, by virtual conference, phone, and email. Despite these sincere efforts to do so, the parties have been unable to satisfactorily resolve the matter.

Dated this 9th day of February, 2026

*/s/ Matthew S. Owen*

Matthew S. Owen, P.C.
matt.owen@kirkland.com
Attorney-in-charge
Texas Bar No. 24081078
S.D. Texas Bar No. 3599188
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202-389-5943
Fax: 202-389-5200

Of counsel
**KIRKLAND & ELLIS LLP**

T.J. McCarrick (*pro hac vice*)
tj.mccarrick@kirkland.com
K. Ross Powell (*pro hac vice*)
ross.powell@kirkland.com
1301 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: 202-389-5000